[Nos. 12114-6-I; 13332-2-I.   Division One.   October 1, 1984.]

CASCADE SAVINGS AND LOAN ASSOCIATION, *Respondent,* v. LARRY G. WALTRIP, ET AL, *Appellants.*

JAMES O. JENKINS, ET AL, *Respondents,* v. CASCADE SAVINGS AND LOAN ASSOCIATION, *Appellant.*

ROBERT B. MILLARD, ET AL, *Respondents,* v. CASCADE SAVINGS AND LOAN ASSOCIATION, *Appellant.*

DONALD E. NORDSTRUD, ET AL, *Respondents,* v. CASCADE SAVINGS AND LOAN ASSOCIATION, *Appellant.*

DANIEL E. HEATON, ET AL, *Respondents,* v. CASCADE SAVINGS AND LOAN ASSOCIATION, *Appellant.*

CASCADE SAVINGS AND LOAN ASSOCIATION, *Appellant,* v. ROBERT B. BOYD, ET AL, *Respondents.*

HORIZON MUTUAL SAVINGS BANK, *Appellant,* v. CLYDE A. LOFDAHL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 81-2-00334-2, Jack S. Kurtz, J., entered August 16, 1982; appeal from judgments of the Superior Court for Snohomish County, Nos. 82-2-00217-6, 82-2-00215-0, 82-2-00856-5, 81-2-01898-8, Gerald L. Knight,

J., entered June 6, 1983. *Reversed* as to cause 12114–6–I and *affirmed* as to cause 13332–2–I by unpublished per curiam opinion.